UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-81379-CANNON/REINHART

CHESTER LEE ROBINSON,

        Plaintiff,

vs.

QUANCIA HERRING, et al.,

        Defendant.

_____/

## REPORT AND RECOMMENDATION REGARDING PLAINTIFF'S UNOPPOSED MOTION FOR REIMBURSEMENT OF *PRO BONO* LITIGATION EXPENSES [ECF No.161]

      Plaintiff, Chester Lee Robinson moves for reimbursement of *pro* bono litigation expenses following a settlement in his case. ECF Nos. 161,160. Mr. Robinson is asking for $7,258.05 in litigation expenses. The Defendants do not oppose Mr. Robinson's Motion. I have reviewed Mr. Robinson's Motion and the accompanying exhibits and invoices and for the reasons that follow, I **RECOMMEND** that Mr. Robinson's Motion for Reimbursement of *pro bono* Litigation Expenses be **GRANTED**.

### DISCUSSION

      The Court's general policy encourages members of the Federal Bar to represent parties in civil actions who cannot afford legal counsel, and to bear the costs of that representation where possible. Assistance with Litigation Expenses (Pro Bono), S.D. Fla.   https://www.flsd.uscourts.gov/assistance-litigation-expenses-pro-bono   (last

visited July 31, 2024). Where resources are limited, counsel who undertake *pro bono* representation at the Court's request may apply for expense reimbursement. *Id*. Total reimbursements in any case shall not exceed $7,500 absent exceptional circumstances and there is no guarantee of reimbursement. *Id*. The reimbursement request should be itemized and submitted as a Motion. *Id*. Court-approved expenses may then be submitted to the Clerk of Court for reimbursement. *Id*.

Mr. Robinson was represented by the law firm Perry Law through the Volunteer Attorney Program. Perry Law now seeks reimbursement for the following expenses: (1) $210.38 printing for depositions, (2) $3,297.85 5 deposition transcripts and recordings, (3) $201.00 hearing transcript, (4) $3,363.91 document review platform fees (September 2023 through June 2024), (5) $184.91 collect calls from Mr. Robinson (June 2023 through July 2024), for a total of $7,258.05.

I have reviewed the correlating invoices attached by Perry Law and I find the expenses were reasonably incurred in representing Mr. Robinson and under $7,500.00.

The Court thanks Perry Law for its service in this case.

### REPORT AND RECOMMENDATION

Accordingly, I **RECOMMEND** that the District Court **GRANT the** Motion for Reimbursement of *Pro Bono* Litigation Expenses in the amount of $7,258.05.

### NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Aileen M. Cannon, United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 1st day of August 2024.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE